IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00911-LTB

STEPHANIE COLEMAN,

   Plaintiff,

v.

ISS FACILITY SERVICES,

   Defendant.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 2, 2014, it is hereby

   ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

   DATED at Denver, Colorado, this 2nd day of June, 2014.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/K Lyons
                                    Deputy Clerk